IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**      Case No. **09-32078**

        Debtor(s)                                            (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx9928**<br>**Auora Loan Services**<br>**10350 Park Meadows Dr**<br>**Lone Tree, CO  80124-6800** | | H | **First Deed of Trust**<br>**Foreclosed property -(2007) at:**<br>**633 Bellvue Ave**<br>**Daly City, CA  94014-1269**<br><br>VALUE $ | | | | 617,000.00 | 617,000.00 |
| ACCOUNT NO. **xxx910801**<br>**Bank of America**<br>**PO Box 21848**<br>**Greensboro, NC  27420-1848** | | J | **Second Deed of Trust**<br>**Foreclosed property( 2007) at:**<br>**633 Bellevue Avenue**<br>**Daly City, CA  94014**<br><br>VALUE $ | | | | 189,816.00 | 189,816.00 |
| ACCOUNT NO. **6389683308**<br>**Bank of America**<br>**PO Box 21848**<br>**Greensboro, NC  27420-1848** | | J | **First Deed of Trust**<br>**Residence:**<br>**3505 Bering Drive**<br>**San Bruno, CA  94066**<br><br>VALUE $ | | | | 813,000.00 | 813,000.00 |
| ACCOUNT NO. **68240135716801**<br>**Bank of America**<br>**PO Box 21848**<br>**Greensboro, NC  27420-1848** | | J | **Second Deed of Trust**<br>**Residence:**<br>**3505 Bering Drive**<br>**San Bruno, CA  94066**<br><br>VALUE $ | | | | 126,280.00 | 126,280.00 |

_____ **1** continuation sheets attached

Subtotal (Total of this page) $ **1,746,096.00**    $ **1,746,096.00**

Total (Use only on last page) $        $

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**     Case No. **09-32078**
Debtor(s)        (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **68240135716899**<br><br>**Bank of America**<br>**PO Box 21848**<br>**Greensboro, NC 27420-1848** | | J | **Third Deed of Trust**<br>**Residence:**<br>**3505 Bering Drive**<br>**San Bruno, CA 94066**<br><br>VALUE $ | | | | **69,397.00** | **69,397.00** |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. _____ **1** of _____ **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **69,397.00** | $ **69,397.00** |
| Total (Use only on last page) | $ **1,815,493.00** | $ **1,815,493.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Carmona, Jonas Medina & Carmona, Julia Cruz     Case No. **09-32078**

<table>
<tr><td>Debtor(s)</td><td>(If known)</td></tr>
</table>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**     Case No. **09-32078**
<br>_____
<br>Debtor(s)                                         (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**IRS -Northern Dist Spec Insolv Sec<br>1301 Clay St Ste 1400S<br>Oakland, CA 94612-5217** | | J | **Federal Income Tax; amount owed unknown** | | | | **unknown** | | |
| ACCOUNT NO.<br>**State Of Calfornia Franchise Tax Board<br>PO Box 942867<br>Sacramento, CA 94267-0001** | | J | **California State Income Tax** | | | | **65,858.00** | **65,858.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page)   $ **65,858.00**   $ **65,858.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **65,858.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **65,858.00**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**                    Case No. **09-32078**

_____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx2662 **Advanta Bank Corp PO Box 30715 Salt Lake City, UT 84130-0715** | | H | **Within four years last past; credit card** | | | | **20,571.00** |
| ACCOUNT NO. xxxx92007 **American Express Box 0001 Los Angeles, CA 90096-0001** | | W | **Within four years last past; credit card** | | | | **19,591.00** |
| ACCOUNT NO. xxxx5-94005 **American Express Box 0003 Los Angeles, CA 90096-0003** | | W | **Within four years last past; credit card** | | | | **565.00** |
| ACCOUNT NO. xxxx1-71003 **American Express Box 0001 Los Angeles, CA 90096-0001** | | W | **Within four years last past; credit card** | | | | **24,795.00** |

_____ **9** continuation sheets attached

Subtotal
(Total of this page)  $ **65,522.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules and, if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**                              Case No. **09-32078**
_____                              _____
Debtor(s)                                                                                          (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx41003**<br>**American Express**<br>**PO Box 360001**<br>**Ft Lauderdale, FL 33336-0001** | | H | **Within four years last past; credit card** | | | | **8,074.00** |
| ACCOUNT NO. **xxxx82005**<br>**American Express**<br>**PO Box 360001**<br>**Ft Lauderdale, FL 33336-0001** | | H | **Within four years last past; credit card** | | | | **0.00** |
| ACCOUNT NO. **xxxx41007**<br>**American Express**<br>**PO Box 360001**<br>**Ft Lauderdale, FL 33336-0001** | | H | **Within four years last past; credit card** | | | | **0.00** |
| ACCOUNT NO. **xxxx36-01000**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | H | **Within four years last past; credit card** | | | | **23,706.00** |
| ACCOUNT NO. **xxxx182005**<br>**American Express**<br>**Box 0001**<br>**Los Angeles, CA 90096-0001** | | H | **Wirh four years last past; credit card** | | | | **4,900.00** |
| ACCOUNT NO. **xxxx9122**<br>**Arrow Financial Services**<br>**5996 W Touhy Ave**<br>**Niles, IL 60714-4610** | | H | **Within four years last past; credit card** | | | | **20,106.00** |
| ACCOUNT NO. **xxxx6135; ARS 16629320**<br>**Associated Recovery Systems**<br>**PO Box 469046**<br>**Escondido, CA 92046-9046** | | H | **Notice only; debt collector for Captial One Bank (USA) N.A.** | | | | **0.00** |

Sheet no. ____**1**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **56,786.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**      Case No. **09-32078**
_____
Debtor(s)             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx6923**<br><br>**Atlantic Credit & Finanace Inc.**<br>**PO Box 13386**<br>**Roanoke, VA  24033-3386** | | H | **Notice only; debt collectors for HSBC/GM card** | | | | **0.00** |
| ACCOUNT NO. **xx4042;xx1202;x9758.x8587**<br><br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE  19850-5726** | | J | **Within four years last past; credit card** | | | | **unknown** |
| ACCOUNT NO. **xxxx7603**<br><br>**Bank of America**<br>**PO Box 15726**<br>**Wilmington, DE  19850-5726** | | H | **Within four years last past; credit card** | | | | **7,879.00** |
| ACCOUNT NO. **xxxx51337**<br><br>**Brachfeild Associates**<br>**800 W Sam Houston Pkwy S Ste 200**<br>**Houston, TX  77042-1914** | | H | **Notice only; debt collector for JC Penney** | | | | **0.00** |
| ACCOUNT NO. **xxx9278**<br><br>**Bureau Of Collection Recovery Inc**<br>**7575 Corporate Way**<br>**Eden Prairie, MN  55344-2022** | | W | **Notice only; debt collectors for Chase Bank fdba Washington Mutual** | | | | **0.00** |
| ACCOUNT NO. **xxxx6930**<br><br>**Capital Management Services LP**<br>**726 Exchange St Ste 700**<br>**Buffalo, NY  14210-1464** | | H | **Notice only; debt collectors for Washington Mutual dba Chase Bank** | | | | **0.00** |
| ACCOUNT NO. **xxxx5296; xxx7378**<br><br>**Capital One Bank, Inc**<br>**PO Box 30285**<br>**Salt Lake City, UT  84130-0285** | | W | **Within four years last past; credit card** | | | | **2,000.00** |

Sheet no. ____**2**__ of ____**9**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                      Subtotal
       (Total of this page) | $ | **9,879.00**

                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**                    Case No. **09-32078**
_____                              _____
Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx6135** <br> **Capital One Bank, Inc** <br> **PO Box 30285** <br> **Salt Lake City, UT  84130-0285** | | H | Within four years last past; credit card | | | | **13,984.00** |
| ACCOUNT NO. **xxxx3622** <br> **Capital One Bank, Inc** <br> **PO Box 60024** <br> **City of Industry, CA  91716-0024** | | H | Within four years last past; loan of money | | | | **15,822.00** |
| ACCOUNT NO. **xxxx0093** <br> **Capital One Bank, Inc** <br> **PO Box 60024** <br> **City of Industry, CA  91716-0024** | | H | Within four years last past; credit card | | | | **4,134.00** |
| ACCOUNT NO. **xxxx9122** <br> **CareCredit/GEMB** <br> **PO Box 960061** <br> **Orlando, FL  32896-0061** | | H | Within four years last past; credit card | | | | **16,457.00** |
| ACCOUNT NO. **xxxx1257** <br> **Chase Bank** <br> **Cardmember Service** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | W | Within four years last past; credit card | | | | **25,763.00** |
| ACCOUNT NO. **xxxx7271** <br> **Chase Bank** <br> **Cardmember Service** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | J | Within four years last past; credit card | | | | **9,211.00** |
| ACCOUNT NO. **xx9869; xx0775;xx 7239** <br> **Chase Bank** <br> **Cardmember Service** <br> **PO Box 15298** <br> **Wilmington, DE  19850-5298** | | H | Within four years last past; credit card | | | | **46,920.00** |

Sheet no. _____**3**___ of _____**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **132,291.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**   Case No. **09-32078**
_____        _____
Debtor(s)                                               (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx6923**<br><br>**Creditors Interchange**<br>**80 Holtz Dr**<br>**Buffalo, NY  14225-1470** | | H | **Notice only; debt collectors for HSBC/GM card; Atlantic Credit and Finance** | | | | **0.00** |
| ACCOUNT NO. **xxxx7271**<br><br>**Creditors Interchange**<br>**80 Holtz Dr**<br>**Buffalo, NY  14225-1470** | | H | **Notice only; debt collector for Chase Manhattan Bank (Heritage Chase)** | | | | **0.00** |
| ACCOUNT NO. **xxxx 2217; xxxx5701**<br><br>**Discover Card**<br>**PO Box 30943**<br>**Salt Lake City, UT  84130-0943** | | W | **Within four yeas last past; credit card** | | | | **unknown** |
| ACCOUNT NO. **xxxx2662**<br><br>**Federated Financial Corp of America**<br>**PO Box 2034**<br>**Farmington Hills, MI  48333-2034** | | H | **Notice only; debt collector for Advanta** | | | | **0.00** |
| ACCOUNT NO. **xxxx5122**<br><br>**Frederick Hanna & Associates PC**<br>**1427 Roswell Rd**<br>**Marietta, GA  30062-3668** | | W | **Notice only;  collection attorneys for Bank of America, N.A.** | | | | **0.00** |
| ACCOUNT NO. **xxxx1-71003**<br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**PO Box 46960**<br>**Saint Louis, MO  63146-6960** | | W | **Notice only; debt collectors for American Express** | | | | **0.00** |
| ACCOUNT NO. **xxx41007**<br><br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**PO Box 46960**<br>**Saint Louis, MO  63146-6960** | | H | **Notice only; debt collector for American Express** | | | | **0.00** |

Sheet no. _____**4**__ of _____**9**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Carmona, Jonas Medina & Carmona, Julia Cruz      Case No. **09-32078**
<br>Debtor(s)                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx51337**<br><br>**GE Money Bank**<br>**PO Box 981426**<br>**El Paso, TX 79998-1426** | | H | **Notice only; debt collector for JC Penney Rewards Mastercard Account** | | | | **0.00** |
| ACCOUNT NO. **xxxx94005**<br><br>**Global Advantage**<br>**PO Box 10908**<br>**San Rafael, CA 94912-0908** | | W | **Notice only; debt collectors for American Express** | | | | **0.00** |
| ACCOUNT NO. **xxxx6923**<br><br>**HSBC**<br>**GM Card**<br>**PO Box 80082**<br>**Salinas, CA 93912-0082** | | H | **Within four years last past; credit card/Household Bank** | | | | **857.00** |
| ACCOUNT NO. **xxxx9122; 7378**<br><br>**Hunt & Henriques**<br>**151 Bernal Rd Ste 8**<br>**San Jose, CA 95119-1306** | | H | **Notice only; collection attorneys for Arrow Financial (xxx9122) and Capital One Bank (7378)** | | | | **0.00** |
| ACCOUNT NO. **xxxx9278**<br><br>**Iintegrated Portfolio Management**<br>**800 Springer Dr**<br>**Lombard, IL 60148-6413** | | W | **Notice only; debt collectors for Chase fdba Washington Mutual** | | | | **0.00** |
| ACCOUNT NO. **xxxx51337**<br><br>**JC Penney Credit Card**<br>**PO Box 960090**<br>**Orlando, FL 32896-0090** | | H | **Within four years last past; credit card** | | | | **4,161.00** |
| ACCOUNT NO.<br><br>**Joshua Sheer**<br>**Sheer Law Group**<br>**155 N Redwood Dr Ste 100**<br>**San Rafael, CA 94903-1966** | | H | **Attorney re Provident v Jonas M Caromona et al. Case No. CJV 468853** | | | | **unknown** |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | $ **5,018.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Carmona, Jonas Medina & Carmona, Julia Cruz     Case No. **09-32078**
_____                    _____
Debtor(s)                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. xxx92007. xxx0993.<br><br>Law Offices of Blair & Cox<br>Attention: Richard Golden<br>16130 Ventura Blvd Ste 620<br>Encino, CA 91436-2542 | | W | Notice only; collection attorneys for American Express (act# xxx92007); Captial One Bank (USA), Successor in Interest to Capital One (act # xxx0993). | | | | 0.00 |
| ACCOUNT NO. 57-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-0<br><br>Macy's<br>PO Box 69388<br>The Lakes, NV 88901-6938 | | W | Within four years last past; credit card | | | | unknown |
| ACCOUNT NO. xxxx1257; xxxx1475<br><br>Mann Bracken LLC<br>2325 Clayton Rd<br>Concord, CA 94520-2104 | | W | Notice only; collection attorneys for Chase Bank USA | | | | 0.00 |
| ACCOUNT NO. 57-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-0<br><br>Mann Bracken LLC<br>2325 Clayton Rd<br>Concord, CA 94520-2104 | | W | Notice only; collection attorneys for Macy's Inc. | | | | 0.00 |
| ACCOUNT NO. xxx7271; 8604410<br><br>Mann Bracken LLC<br>2325 Clayton Rd<br>Concord, CA 94520-2104 | | H | Notice only; collection attorneys for Chase Bank USA, N.A. | | | | 0.00 |
| ACCOUNT NO. xxx7239<br><br>Mann Bracken LLC<br>2325 Clayton Rd<br>Concord, CA 94520-2104 | | H | Notice only; collection attorneys for Chase Bank USA, N.A. | | | | 0.00 |
| ACCOUNT NO. xxxx9927<br><br>Mercedes -Benz Financial<br>2050 Roanoke Rd<br>Westlake, TX 76262-9616 | | H | Within four years last past; auto financing -auto repossessed | | | | 70,440.00 |

Sheet no. **6** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 70,440.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Carmona, Jonas Medina & Carmona, Julia Cruz      Case No. **09-32078**

Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx7239**<br><br>**National Arbritration Forum**<br>**PO Box 50191**<br>**Minneapolis, MN  55405-0191** | | H | **Notice only; arbritrator for Chase Bank** | | | | **0.00** |
| ACCOUNT NO. **xxxx92007, xxxx41003**<br><br>**Nationwide Credit, Inc.**<br>**PO Box 740640**<br>**Atlanta, GA  30374-0640** | | W | **Notice only; debt collector for American Express Centurian Bank** | | | | **0.00** |
| ACCOUNT NO. **xx3601000; xxx94005**<br><br>**Nationwide Credit Inc**<br>**2015 Vaughn Rd NW Ste 400**<br>**Kennesaw, GA  30144-7802** | | H | **Notice only; debt collectors for American Express Travel Related Services Co Inc.** | | | | **0.00** |
| ACCOUNT NO. **xxx6705**<br><br>**NCB Management Services, Inc**<br>**PO Box 1099**<br>**Langhorne, PA  19047-6099** | | H | **Debt collectors for Beneficial** | | | | **unknown** |
| ACCOUNT NO. **xxx5270**<br><br>**NCO Financial Systems**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | W | **Notice only; debt collectors for Bank of America** | | | | **0.00** |
| ACCOUNT NO. **xxxx941007; xxx41003**<br><br>**NCO Financial Systems**<br>**Dept 07**<br>**PO Box, Dept13760**<br>**Wilmington, DE  19850-5760** | | H | **Notice only; debt collectors for American Express** | | | | **0.00** |
| ACCOUNT NO. **xxx601000**<br><br>**NCO Financial Systems**<br>**Dept 07**<br>**PO Box, Dept13760**<br>**Wilmington, DE  19850-5760** | | H | **Notice only; debt collector for Amercian Express (US)** | | | | **0.00** |

Sheet no. ____**7**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Carmona, Jonas Medina & Carmona, Julia Cruz**    Case No. **09-32078**
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxxx182005**<br>**NCO Financial Systems**<br>**Dept 13**<br>**PO Box 15630**<br>**Wilmington, DE 19850-5630** | | H | **Notice only; debt collector for Amrerican Express** | | | | **0.00** |
| ACCOUNT NO. **xxx51337**<br>**NCO Financial Systems**<br>**Dept 64**<br>**Virginia Beach, VA 23466-1247** | | H | **Notice only; debt collectors for GE Money Bank (JC Penney Rewards Master Card Account)** | | | | **0.00** |
| ACCOUNT NO. **xxx9927**<br>**Nelson & Kennard**<br>**PO Box 13807**<br>**Sacramento, CA 95853-3807** | | H | **Notice only; debt collectors for Mercedes-Benz (repossessed auto)** | | | | **0.00** |
| ACCOUNT NO. **xxxx15310430**<br>**Patelco Credit Union**<br>**156 2nd St**<br>**San Francisco, CA 94105-3724** | | J | **Within four years last past; credit card** | | | | **3,700.00** |
| ACCOUNT NO. **xxxx6293**<br>**Phillips & Cohen Associates**<br>**PO Box 48458**<br>**Oak Park, MI 48237-6058** | | H | **Notice only; debt collectors for Portfolio Recovery** | | | | **0.00** |
| ACCOUNT NO. **xxxx0775**<br>**RMS**<br>**PO Box 20410**<br>**Lehigh Valley, PA 18002-0410** | | H | **Notice only; debt collector for Chase Bank** | | | | **0.00** |
| ACCOUNT NO. **xxxx7603**<br>**Sunrise Credit**<br>**PO Box 9100**<br>**Farmingdale, NY 11735-9100** | | H | **Notice only; debt collector for Bank of America** | | | | **0.00** |

Sheet no. **8** of **9** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **3,700.00**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Carmona, Jonas Medina & Carmona, Julia Cruz      Case No. **09-32078**

Debtor(s)           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **xxx9278**<br><br>**Washington Mutual**<br>**PO Box 66059**<br>**Dallas, TX 75266-0509** | | W | Within four years last past; credit card | | | | **unknown** |
| ACCOUNT NO. **xxxx6930**<br><br>**Washington Mutual**<br>**PO Box 660487**<br>**Dallas, TX 75266-0487** | | H | Within four years last past; credit card | | | | **9,600.00** |
| ACCOUNT NO. **xxx41003**<br><br>**Zwicker & Associates**<br>**80 Minuteman Rd**<br>**Andover, MA 01810-1008** | | H | Notice only; debt collector for Amercan Express | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **9** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **9,600.00**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ **353,236.00**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE:                                                                      Case No. <u>**09-32078**</u>

<u>Carmona, Jonas Medina & Carmona, Julia Cruz</u>                          Chapter <u>**7**</u>
Debtor(s)

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of _____**7** sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **August 12, 2009**

_/s/ Irving L. Berg_
Signature of Debtor's Attorney or Pro Per Debtor

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Advanta Bank Corp
PO Box 30715
Salt Lake City, UT  84130-0715


American Express
Box 0001
Los Angeles, CA  90096-0001


American Express
Box 0003
Los Angeles, CA  90096-0003


American Express
PO Box 360001
Ft Lauderdale, FL  33336-0001


Arrow Financial Services
5996 W Touhy Ave
Niles, IL  60714-4610


Associated Recovery Systems
PO Box 469046
Escondido, CA  92046-9046


Atlantic Credit & Finanace Inc.
PO Box 13386
Roanoke, VA  24033-3386


Auora Loan Services
10350 Park Meadows Dr
Lone Tree, CO  80124-6800


Bank of America
PO Box 15726
Wilmington, DE  19850-5726

Bank of America
PO Box 21848
Greensboro, NC  27420-1848


Brachfeild Associates
800 W Sam Houston Pkwy S Ste 200
Houston, TX  77042-1914


Bureau Of Collection Recovery Inc
7575 Corporate Way
Eden Prairie, MN  55344-2022


Capital Management Services LP
726 Exchange St Ste 700
Buffalo, NY  14210-1464


Capital One Bank, Inc
PO Box 30285
Salt Lake City, UT  84130-0285


Capital One Bank, Inc
PO Box 60024
City of Industry, CA  91716-0024


CareCredit/GEMB
PO Box 960061
Orlando, FL  32896-0061


Chase Bank
Cardmember Service
PO Box 15298
Wilmington, DE  19850-5298


Creditors Interchange
80 Holtz Dr
Buffalo, NY  14225-1470

Discover Card
PO Box 30943
Salt Lake City, UT  84130-0943


Federated Financial Corp of America
PO Box 2034
Farmington Hills, MI  48333-2034


Frederick Hanna & Associates PC
1427 Roswell Rd
Marietta, GA  30062-3668


GC Services Limited Partnership
Collection Agency Division
PO Box 46960
Saint Louis, MO  63146-6960


GE Money Bank
PO Box 981426
El Paso, TX  79998-1426


Global Advantage
PO Box 10908
San Rafael, CA  94912-0908


HSBC
GM Card
PO Box 80082
Salinas, CA  93912-0082


Hunt & Henriques
151 Bernal Rd Ste 8
San Jose, CA  95119-1306

```
Iintegrated Portfolio Management
800 Springer Dr
Lombard, IL  60148-6413


IRS -Northern Dist Spec Insolv Sec
1301 Clay St Ste 1400S
Oakland, CA  94612-5217


Irving L. Berg
145 Town Ctr PMB 493
Corte Madera, CA  94925-1209


JC Penney Credit Card
PO Box 960090
Orlando, FL  32896-0090


Joshua Sheer
Sheer Law Group
155 N Redwood Dr Ste 100
San Rafael, CA  94903-1966


Law Offices of Blair & Cox
Attention: Richard Golden
16130 Ventura Blvd Ste 620
Encino, CA  91436-2542


Macy's
PO Box 69388
The Lakes, NV  88901-6938


Mann Bracken LLC
2325 Clayton Rd
Concord, CA  94520-2104
```

Mercedes -Benz Financial
2050 Roanoke Rd
Westlake, TX  76262-9616


National Arbritration Forum
PO Box 50191
Minneapolis, MN  55405-0191


Nationalwide Credit, Inc.
PO Box 740640
Atlanta, GA  30374-0640


Nationwide Credit Inc
2015 Vaughn Rd NW Ste 400
Kennesaw, GA  30144-7802


NCB Management Services, Inc
PO Box 1099
Langhorne, PA  19047-6099


NCO Financial Systems
507 Prudential Rd
Horsham, PA  19044-2308


NCO Financial Systems
Dept 07
PO Box, Dept13760
Wilmington, DE  19850-5760


NCO Financial Systems
Dept 13
PO Box 15630
Wilmington, DE  19850-5630

```
NCO Financial Systems
Dept 64
Virginia Beach, VA  23466-1247


Nelson & Kennard
PO Box 13807
Sacramento, CA  95853-3807


Patelco Credit Union
156 2nd St
San Francisco, CA  94105-3724


Phillips & Cohen Associates
PO Box 48458
Oak Park, MI  48237-6058


RMS
PO Box 20410
Lehigh Valley, PA  18002-0410


State Of Calfornia Franchise Tax Board
PO Box 942867
Sacramento, CA  94267-0001


Sunrise Credit
PO Box 9100
Farmingdale, NY  11735-9100


Washington Mutual
PO Box 66059
Dallas, TX  75266-0509


Washington Mutual
PO Box 660487
Dallas, TX  75266-0487
```

```
Zwicker & Associates
80 Minuteman Rd
Andover, MA  01810-1008
```